Date signed September 06, 2007



PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re: | Case No. 07-16881PM |
|---|---|
| Alzena Blythe, | Chapter 13 |
| Debtor. | |

**MEMORANDUM TO COUNSEL**

This chapter 13 case was filed on July 26, 2007. On August 9, 2007, an Order Extending Time to File Chapter 13 Plan and Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income was entered. All missing documents were to be filed by August 23, 2007. The court notes that the debtor has failed to file the missing documents within the extended period; accordingly, unless all required documents are filed, the court will dismiss this case in 7 days from the entry of this Memorandum.

cc:   Nancy L Spencer Grigsby
      P.O. Box 958
      Bowie, MD 20718

      Alzena Blythe
      P.O. 1398
      Suitland, MD 20752

      Robert W. Thompson
      134 Holiday Court, Suite 301
      Annapolis, MD 21401

**End of Memorandum to Counsel**